People of State of Illinois, ex rel. Walter C. Williams, Plaintiff-Appellee, v. Timothy J. O'Connor, et al., Defendants-Appellants.

Gen. No. 47,233. 

First District, Second Division.

April 22, 1958.

Released for publication May 13, 1958.

John C. Melaniphy, Corporation Counsel of City of Chicago (Sydney R. Drebin, and James R. Bryant, Jr., Assistant Corporation Counsel, of counsel) for defendants-appellants; Michael F. Ryan (Richard F. McPartlin, Jr., of counsel), for plaintiff-appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.